IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MELISSA J. PARKER                                                        PLAINTIFF

  v.        CIVIL NO. 3:18-cv-3032-TLB-MEF

NANCY BERRYHILL, Acting Commissioner
Social Security Administration                                           DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Melissa Parker, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner").  (ECF No. 1).  On August 7, 2018, Plaintiff filed a Motion to Dismiss indicating she now concedes that substantial evidence supports the ALJ's decision denying benefits and wishes to dismiss the case without prejudice.  (ECF No. 13).  Accordingly, the undersigned recommends that Plaintiff's Motion to Dismiss be granted, and the clerk directed to dismiss Plaintiff's case without prejudice.

**The parties have fourteen (14) days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  We remind the parties that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this the 8th day of August, 2018.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE