IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MELISSA J. PARKER                                                                    PLAINTIFF

V.                              CASE NO.: 3:18-CV-3032

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 14) filed in this case on August 8, 2018, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. The R&R explains that Plaintiff filed a Motion to Dismiss (Doc. 13) on August 7 in which she requested dismissal of her case without prejudice under Federal Rule of Civil Procedure 41(a)(2). The Court agrees with the Magistrate Judge and finds that the Motion should be granted. Accordingly, **IT IS ORDERED** that the R&R (Doc. 14) is **ADOPTED IN ITS ENTIRETY**, and Plaintiff's Motion to Dismiss (Doc. 13) is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 22nd day of August, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE